# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

ALANA STATES, )
)
        Plaintiff, )
)
vs. )   Case No. CIV-15-1214-M
)
CAROLYN W. COLVIN, )
Acting Commissioner of )
Social Security Administration, )
)
        Defendant. )

## ORDER

      On July 21, 2016, United States Magistrate Judge Gary M. Purcell issued a Report and Recommendation in this action in which plaintiff seeks judicial review of the final decision of defendant Acting Commissioner of Social Security Administration ("Acting Commissioner"), denying plaintiff's application for supplemental security income benefits under Title XVI of the Social Security Act, 42 U.S.C. §§ 416(I), 1382. The Magistrate Judge recommended the Acting Commissioner's decision in this matter be affirmed. The parties were advised of their right to object to the Report and Recommendation by August 10, 2016.[1] A review of the file reveals no objection has been filed.

      Having carefully reviewed this matter de novo, the Court:

(1)     ADOPTS the Report and Recommendation [docket no. 20] issued by the Magistrate Judge on July 21, 2016, and

---

[1] On August 8, 2016, the Court granted plaintiff an extension of time to September 9, 2016 to file her objections to the Report and Recommendation.

(2)     AFFIRMS the decision of the Acting Commissioner.

**IT IS SO ORDERED this 13th day of September, 2016.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE